Arthur M. HARRISON, Plaintiff-Appellant,

v.

The PENNSYLVANIA RAILROAD, Defendant-Appellee.

No. 14929.

United States Court of Appeals
Sixth Circuit.

Dec. 11, 1962.

Robert Dorrell, Toledo, Ohio (Reams, Bretherton & Neipp, Toledo, Ohio, on the brief), for appellant.

Carl V. Bruggeman, Toledo, Ohio (Shumaker, Loop & Kendrick, John W. Hackett, Jr., Toledo, Ohio, on the brief), for appellee.

Before McALLISTER and WEICK, Circuit Judges, and BOYD, District Judge.

ORDER.

This cause came on to be heard on the briefs, argument of counsel, and the full record in the case;

And it appearing after due consideration thereof that the action of the District Judge in granting defendant-appellee's motion to dismiss the complaint of plaintiff-appellant herein for failure to state a claim upon which the relief sought could be granted constitutes no reversible error;

It is therefore ordered and adjudged that the judgment of the District Court be and the same is hereby affirmed.

FARNSWORTH & CHAMBERS COMPANY, Inc., a Corporation, et al.

v.

UNITED STATES of America for the use of Hoover Equipment Company, a Corporation.

No. 6897.

United States Court of Appeals
Tenth Circuit.

Aug. 27, 1962.

Clyde J. Watts, Oklahoma City, Okl., for appellants.

Harvey L. Harmon, Oklahoma City, Okl., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed August 27, 1962, on motion of appellants.

KERR–McGEE OIL INDUSTRIES, INC.,

v.

FEDERAL POWER COMMISSION.

Nos. 7016, 7017.

United States Court of Appeals
Tenth Circuit.

Sept. 5, 1962.

Jack T. Conn, Ada, Okl., and Lynn Adams, Oklahoma City, Okl., for petitioner.

Richard A. Solomon, General Counsel, and Howard E. Wahrenbrock, Solicitor, Federal Power Commission, Washington, D. C., for respondent.

Before PICKETT, LEWIS and HILL, Circuit Judges.

PER CURIAM.

Petitions to review dismissed September 5, 1962, on motions of petitioner.